SARAH LEWIS et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued April 14, 1938; decided May 17, 1938.

*Saul Sperling* and *Harry A. Spiegelman* for appellants.

*William C. Chanler*, Corporation Counsel (*Leonard M. Wallstein, Jr.*, and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JOHN KEHOE, Respondent.

Submitted April 15, 1938; decided May 17, 1938.